UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:   Larison Deshon Payne                                  Chapter 13
                                                               Case No.  19-29840-K
Debtor.

## Chapter 13 Plan

Address:        Debtor   1934 Williamswood Drive #3, Cordova, TN 38106

Plan Payment:

Debtor Shall Pay: $191.00 Semi- Monthly    By:    ( ) Direct Pay _____
   Or by: (X) Payroll Deduction   State of Tennessee, 21st Floor William Soudgrass, Nashville, TN 37243

1. This Plan [Rule 3015.1 Notice]:

   (A) Contains a Non-standard Provision [See provision 19].                                  (X) Yes   ( )  No

   (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim  (X) Yes   ( )  No
       [See provisions 7 and 8].

   (C) Avoids a Security Interest or Lien. [See provision 12].                                 ( ) Yes   (X) No

2. Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.

3. Auto Insurance:      ( ) Included in Plan      Or (X) Not Included in Plan if proof provided by Debtor

4. Domestic Support Paid By: ( ) Debtor Directly ( ) Wage Assignment    ( ) Trustee To:              Monthly Pmt.
                             ongoing payment begins
                             Approximate arrearage
                             ongoing payment begins
                             Approximate arrearage

5. Priority Claims:                                                                                  Monthly Pmt.
                                                    Amount
                                                    Amount

6. Home Mortgage Claims:     ( ) Paid Directly by Debtor or ( ) Paid by Trustee To:                  Monthly Pmt.
                             ongoing payment begins
                             Approximate arrearage            Interest
                             ongoing payment begins
                             Approximate arrearage            Interest

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:   Collateral Value    Interest Rate    Monthly Pmnt.
      Conn's (HHG)                                        $      2,976.00         0.00%          $49.00

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

|  | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
|  |  |  |  |

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

|  | Collateral |
|---|---|
|  | Collateral |
|  |  |

10. Special Class Unsecured Claims:

|  | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| TN Dept of Labor & Workforce (benefit overpayment) | $ 8,693.00 | 0.00% | $145.00 |
|  |  |  |  |

11. Student Loan Claims and Other Long Term Claims:

| Dept of Education / Navient | (X) Not Provided For | ( ) General Unsecured Creditor |
|---|---|---|
| FedLoan | (X) Not Provided For | ( ) General Unsecured Creditor |

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____ .

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:    ( ) _____ ;
    Or  (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:

| Kera's Car Central | (X) Assume | ( ) Reject |
|---|---|---|
| Sunshine Corporation | (X) Assume | ( ) Reject |

17. Completion:    Plan shall be completed upon payment of the above, approximately  60  months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:

    For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract

    Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

    /s/ Jimmy E. McElroy  TN Bar #011908         Date   December 13, 2019
    Debtor's Attorney's Signature